**AFFIDAVIT OF DUE DILIGENCE**

State of: Florida
U.S. District, Court

County of: Southern District
Index #: 1:14-cv-20106
Date Purchased: 1/16/2014

*Plaintiff/Petitioner:*
Heather Riley, individually and on behalf of all others similarly situated

*Defendant/Respondent:* vs
Home Retention Services, Inc., et. al.

State of: NY
County of: Niagara

John M. Celano   being duly sworn, deposes and says: that deponent is not a party to this action, is over 18 years of age and resides at: Getzville, NY
that on: 5/7/2014   at: 2:08pm   at: Bank of America, 2970 Transit Road, West Seneca, NY 14224
deponent **DID NOT** serve the within: Summons & Amended Complaint, PAPERS SERVED WITH INDEX # & DATE PURCHASED
ON: **Michael Gabrielli**

**NON-SERVICE** ☒   After due search, careful diligent attempts, I have been unable to effect process upon the Defendant being served because of the following:

Attempted service at Bank of America, 2970 Transit Road, West Seneca, NY 14224. This is a secured building. Security asked what I was there for and I stated I needed to meet with Michael Gabrielli to deliver legal documents to him. Security looked up on the computer his name and I was told he is an employee but was not at this location at this time. The Vice President, Kellie Lalley, was notified and she came down to accept service. She said she was aware of this case and could accept documents. Her description: Female, White, 130 lbs., 5'8", 50 yrs., Brown Hair and Glasses. This location has hundreds, if not thousands, of employees here; it would be highly unlikely to be able to find Mr. Gabrielli leaving the premises. Ms. Lalley provided her phone number at 716-771-5334 and said to contact her if there were any issues after I gave her a copy of the documents.

**PREVIOUS ATTEMPS** ☒   Deponent was unable, with due diligence to find the Defendant having called thereat:

Sworn to before me on this: 5/9/2014

_____
Notary Public

JESSICA M. DeLORENZO
Notary Public, State of New York
No. 01DE126978
Qualified in Niagara County
Commission Expires May 16, 2017

201405920

_____ ss
Print name below signature
John M. Celano

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| HEATHER RILEY, individually and on behalf of all others similarly situated, <br><br> *Plaintiff(s)* <br> v. <br> HOME RETENTION SERVICES, INC., BANK OF AMERICA CORPORATION, including on behalf of all others similarly situated, BANK OF AMERICA, N.A., et. al. <br> *Defendant(s)* | Civil Action No. 1:14-cv-20106 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  MICHAEL GABRIELLI
9700 Bissonnet Street, Ste. 1500
Houston, TX 77036

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Andrew Bennett Spark
9654 W. Hillsborough Ave., #187
Tampa, FL 33626

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date: **January 16, 2014**

Steven M. Larimore
Clerk of Court

S/Tamisha Powell
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:14-cv-20106

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: _____

*Server's signature*

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc: