UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No: 14-20106-CV-UNGARO/OTAZO-REYES

HEATHER RILEY,
individually and on behalf of all others
similarly situated,

    Plaintiff,

v.

HOME RETENTION SERVICES, INC.,
et. al.,

    Defendants.

_____ /

### ANDREW BENNETT SPARK'S DECLARATION IN SUPPORT OF PLAINTIFF HEATHER RILEY'S MOTION FOR RECONSIDERATION OF MAY 13 ORDER OF DISMISSAL AND FOR EXTENSION OF TIME TO SERVE DEFENDANTS MICHAEL GABRIELLI AND THE CERTIFICATE-HOLDERS OF CWABS ASSET-BACKED CERTIFICATES TRUST 2007-11

Andrew Bennett Spark hereby declares under penalty of perjury that the following statements are true and correct:

1. I am an attorney for Plaintiff Heather Riley and the putative plaintiff class in this lawsuit and reside in the State of Florida.

2. Attached is a true and correct copy (not including earlier messages in the string) of an electronic message I received on May 12, 2014, stating that "Wachtell Lipton has obtained authorization to accept service of the Amended Complaint on Mr. Gabrielli's behalf";

3. Attached are true and correct copies of excerpts of responses to discovery I received from Bank of America, N.A. ("BOA");

4. I have expended considerable time and effort attempting to locate addresses for Defendant Michael Gabrielli online. The closest "Michael Gabrielli" or "Mike Gabrielli" who could possibly have been involved with the communications attached as Exhibits A and B to the Amended Complaint that I was able to locate to the West Seneca, NY, address provided by BOA was in Hammondsport, NY, which is more than 100 miles from West Seneca;

5. I have expended considerable time and effort attempting to identify Certificate-Holders of the CWABS Asset-Backed Certificates Trust 2007-11. As corroborated by attorneys for Defendant The Bank of New York Mellon ("BNYM") on a recent phone conversation, the certificates can be transferred without even BNYM being advised. I have identified one person who has been a certificate-holder, Stichting Pensioenfonds ABP ("SP ABP"). However, I do not know if SP ABP was still a certificate-holder at times material to this action, and in response to my inquiry to one of its attorneys, receipt of which was acknowledged, its attorneys have not confirmed or denied to me whether it is still a certificate-holder;

6. Accompanying this declaration are true and correct copies of Interrogatories and Request for Production on BNYM on May 11, 2014, to which BNYM has not yet formally responded. BNYM has not informally identified to me any CWABS 2007-11 certificate-holders.

Andrew Bennett Spark hereby declares under penalty of perjury that the foregoing statements are true and correct and that the documents are true and correct copies.

Executed in Tampa, Florida, on this 2 day of June, 2014.

_____
Andrew Bennett Spark