UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No:  14-20106-CV-UNGARO/OTAZO-REYES

HEATHER RILEY,
individually and on behalf of all others
similarly situated,

     Plaintiff,
v.

HOME RETENTION SERVICES, INC.,
et. al.,

     Defendants.
_____ /

## ORDER

THIS CAUSE comes before the Court upon PLAINTIFF HEATHER RILEY'S MOTION FOR RECONSIDERATION OF MAY 13 ORDER OF DISMISSAL AND FOR EXTENSION OF TIME TO SERVE DEFENDANTS MICHAEL GABRIELLI AND THE CERTIFICATE-HOLDERS OF CWABS ASSET-BACKED CERTIFICATES TRUST 2007-11, D.E. 112.

THE COURT has considered the motion and the pertinent portions of the record, and is otherwise fully advised in the premises.  It is hereby

ORDERED AND ADJUDGED that Defendants' Motion, (D.E. 112), is GRANTED.  The court's May 13, 2014, order (D.E. 106) is hereby vacated.  Defendant Michael Gabrielli SHALL respond to Plaintiff's Amended Complaint by June 22, 2014.

DONE AND ORDERED in Chambers at Miami, Florida, this _____ day of June, 2014.

                                                      _____
                                                      UNITED STATES DISTRICT JUDGE

cc:
counsel of record via cm/ecf