UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:14-cv-20106-UU

HEATHER K. RILEY,

    Plaintiff,

v.

HOME RETENTION SERVICES, INC., *et al.*,

    Defendants.

_____/

**ORDER**

THIS CAUSE comes before the Court upon a Joint Motion for Certification of Settlement Class and Preliminary Approval of Class Action Settlement. D.E. 229.

THE COURT has considered the motion and the pertinent portions of the record, and is otherwise fully advised in the premises. On February 19, 2015, the Court held telephonic hearing in which counsel for all parties participated. On account of the non-exhaustive list of flaws identified by the Court during that hearing, it is hereby

ORDERED AND ADJUDGED that the Joint Motion, (D.E. 229), is DENIED WITHOUT PREJUDICE. The parties SHALL file an amended motion by **Friday, March 6, 2015**.

DONE AND ORDERED in Chambers at Miami, Florida, this 19th day of February, 2015.

                                                                   UNITED STATES DISTRICT JUDGE

cc:
counsel of record via cm/ecf